UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DANIEL GAUTIERI

v. CA 07-109 ML

MICHAEL J. ASTRUE
Commissioner, Social Security
Administration

ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Almond issued on February 13, 2008. Magistrate Judge Almond recommends that the Commissioner's Motion for an Order Affirming the Decision of the Commissioner be denied and that Plaintiff's Motion to Reverse or Remand the Decision of the Commissioner be granted.

Neither party has filed an objection to the Report and Recommendation. Accordingly, this Court adopts the Report and Recommendation in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is DENIED. Plaintiff's Motion to Reverse or Remand the Decision of the Commissioner is GRANTED. This case shall be remanded for further administrative proceedings consistent with the Magistrate Judge's recommendations.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 4, 2008